[No. 26211-1-III.   Division Three.   July 1, 2008.]

DAVID KISER ET AL., *Respondents*, v. BRUCE G. McCUTCHEON
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-00668-9, Harold D. Clarke III, J., entered May 18, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 59414-1-I.   Division One.   June 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY GENE
BARBEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01861-8, Richard J. Thorpe, J., entered December 11, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 32840-2-II.   Division Two.   July 2, 2008.]

TERESA SCHMIDT, *Appellant*, v. TIMOTHY P. COOGAN ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-12941-1, Daniel J. Berschauer, J. Pro Tem., entered January 7, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 35844-1-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR ELROY
MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01515-2, Beverly G. Grant, J., entered January 26, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.